From: **Teresa Maes** <tmaes@silvercreekpharma.com>
Date: Fri, Dec 31, 2021 at 11:43 AM
Subject: RE: Silver Creek – End of Year Update
To: Suzanne Wright <suzrules@gmail.com>

Hi Suzanne,

I have forwarded your message to our board and a member will respond to you in the new year.

Happy Holidays!

Teresa


**Teresa Maes**

Silver Creek Pharmaceuticals, Inc.

409 Illinois Street

San Francisco, CA 94158

Cell: 916-595-9727

1

Ph. 415-978-2178

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**From:** Suzanne Wright <suzrules@gmail.com>
**Sent:** Thursday, December 30, 2021 6:02 PM
**To:** Teresa Maes <tmaes@silvercreekpharma.com>
**Subject:** Re: Silver Creek – End of Year Update

Dear Teresa,

This is Suzanne Wright, one of the Silvercreek investors. I have a few questions but am not sure where to direct them as there does not yet seem to be a CEO for the company. Do you know if that is something that is in the works? What I am concerned about is the apparently low valuation for the next round of fund-raising given the significant progress that appears to have been made since the last round. Is there someone to whom I can direct that question? And is there any way to find out if there is currently a CEO search underway?

Thank you so much!

Suzanne

On Thu, Dec 23, 2021 at 11:20 AM Teresa Maes <tmaes@silvercreekpharma.com> wrote:

Dear Investors of Silver Creek

The Silver Creek board and the executive team wish you and your families the very best of the holiday season.

Early next week we shall be distributing a detailed update on the progress the team have made during 2021, and our plans for 2022.

Additionally, we shall be sharing details of the fund-raising plans that have been decided upon, and inviting current shareholders to participate in this important next stage of our development.

Thank you for your help and support across 2021

Regards and best wishes

Tim Throsby - Chairman of the Board of Directors - Silver Creek Pharmaceuticals

**Teresa Maes**

**Silver Creek Pharmaceuticals, Inc.**

**409 Illinois Street**

**San Francisco, CA 94158**

**Cell: 916-595-9727**

**Ph. 415-978-2178**

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.