From: **Suzanne Wright** <suzrules@gmail.com>
Date: Mon, Jan 17, 2022 at 11:47 AM
Subject: Re: Silver Creek - End of Year Update
To: Tim Throsby <timthrosby@gmail.com>
Cc: nick taylor <ntmail1@me.com>, Teresa Maes <tmaes@silvercreekpharma.com>, Tim Throsby <tthrosby@silvercreekpharma.com>, Benjamin <timthrosby@gmail.com>, Nick Taylor <ntaylor@silvercreekpharma.com>

Dear Tim,

Thank you for responding to the email I sent to Silver Creek at the end of last year.  Upon receiving Silver Creek's update, I have a LOT of questions, particularly about the company's management and the valuation of the next round.  I prefer to put down my questions, and receive the answers, in writing. I need a day or two to review my shareholder rights to documentation.  Without documentation and further explanation about the leadership structure of the company, as well as how the valuation was arrived upon (as well as normal information such as burn rate, money in the bank etc), I feel like I do not have nearly enough information to determine whether a further investment in Silver Creek is advisable.  I have to say, I have found the shareholder communication during this last year extremely sparse and incomplete.

I am both a business owner and an attorney and so I need a few more days to find time to do a thorough review of my shareholder rights as included in earlier documentation.  Once I have time to do that, I will send more specific requests and questions in writing to ensure all fiduciary duties to shareholders are being met.

Thank you,

Suzanne Wright, Esq.


On Fri, Jan 7, 2022 at 12:08 AM Tim Throsby <timthrosby@gmail.com> wrote:
> Dear Suzanne
>
> I am writing in response to your email following our year end update
>
> Thank you for your support of Silver Creek and our journey over many years - I hope the update providing you detailed insight on the progress in 2021 and our plans for 2022
>
> Nick Taylor (a long time investor and fellow board member) and I would be happy to do a call with you this coming week to discuss in more detail all things Silver Creek - Nick will be in Hong Kong, and I will be in Sydney, so perhaps one of your afternoons or evenings might fit the time zones best?

The board has tried to structure and price the new fund raising in a way that gives appropriate recognition of the progress made in 2021, and at the same time recognises the stage of development we are at, and of course as in all Biotech, the risk ahead - $500 mill USD market cap (at top end of range of the issue) is a strong indication of the platform the team have developed - however, we also made the deliberate step, for the first time at Silver Creek, of allowing every shareholder to participate in the round pro rata to their current shareholding - ensuring no shareholder will be diluted unnecessarily.

Regarding the CEO question, we will discuss with you in more detail on our call, but the strength of Kris and Mink, and the deep engagement of the board, has given us time to develop further thoughts on CEO plans in 2022

Looking forward to speaking next week

Regards

Tim

==============================
Tim Throsby
Chairman of the Board - Silver Creek Pharmaceuticals

UK mobile    + 44.7455.020.712
Home email   timthrosby@gmail.com
==============================