Exhibit C

---------- Forwarded message ---------
From: **Suzanne Wright** <suzrules@gmail.com>
Date: Mon, Jan 31, 2022 at 11:33 AM
Subject: Re: Silver Creek - End of Year Update
To: Tim Throsby <timthrosby@gmail.com>
CC: nick taylor <ntmail1@me.com>

1

Dear Tim,

Thank you for following up.  I would like to see some additional information from you and to convey in a bit more detail what my concerns are.  They really center on two main issues.  First, I am concerned about a lack of clarity and transparency about the financials of the company and the way the valuation for the next round was arrived upon.  The second main issue I have is with the management team of the company.  I will explain in more detail below.

Regarding the valuation for the next financing round, it has been my experience that, when significant business and scientific gains/milestones have been met, there is an equivalent jump in valuation which is then reflected in the pricing of the next round of financing.  As a stockholder, I don't feel like I have adequate information regarding the reasoning behind the valuation of the next round.  If the scientific gains are as substantial as indicated, I would have thought valuation would have gone up considerably.  A lower valuation helps insiders gain more shares of the company at an attractive price but does not really treat all shareholders fairly.  Shareholders who do not have substantial information on the assumptions that have gone into the valuation, including an in-depth understanding of current financial issues, such as the rate of cash burn, the assumptions regarding cash needed to meet next milestones, the timing and valuation of meeting future milestones, the potential exit strategy for shareholders etc., are not adequately armed with the right information on which to determine whether to buy into the next round.  Therefore, while we are ostensibly being provided a chance not to be diluted in this next round, we lack the information to make a rational decision on whether to buy more shares.  For this reason, I would like to be provided with all of the information summarized above.  I would also like a copy of the current cap table.

On the second issue -- corporate management structure -- I am extremely concerned that there is no CEO in place with substantial history of running a biomed company of this nature, much less a startup that has this vast a potential for partnerships, IPO etc.  I can see that the people who are currently at the helm of the company appear to have brilliant medical and scientific backgrounds.  However, as I am sure you know, those skill sets are not the same as are required to maximize the value of a startup company.  I am the CEO of an engineering firm.  Our engineers are absolutely brilliant PhD scientists.  However, for the most part, they do not have the correct skill set to manage the business side of our organization.  I am deeply concerned that there does not seem to be any plan in place to hire a CEO with the correct skill set to get Silvercreek where it needs to be. The fact that my business-related inquiries are being answered directly by board members, rather than upper management, reinforces my concerns.

To summarize, I would very much like to see the current cap table and be provided with more detailed information on the current finances of the company (including burn rate, assumptions of capital needed to reach next milestones, timing and assumed valuation of meeting milestones, and also much more detail regarding the assumptions that went into the pricing of the next round of financing.).  I would also like to know if there is any plan at all to eventually hire a CEO with the right kind of business experience, particularly with startup bio med companies.

Thank you for your help.  Without this information, I do not believe I am in a position to make an informed decision on whether to buy more shares and thereby prevent dilution of my existing position.

Sincerely,

Suzanne Wright

On Mon, Jan 31, 2022 at 10:42 AM Tim Throsby <timthrosby@gmail.com> wrote:
> Dear Suzanne
>
> Just checking in - its two weeks since our follow up response to you
>
> Wondering what you would like to do next?
>
> Regards

Tim

On Tue, 18 Jan 2022 at 22:29, Tim Throsby <timthrosby@gmail.com> wrote:

Dear Suzanne,

Nick and I are. happy to engage with you on the questions you might have, especially the management and valuation queries you have highlighted as of interest.

You are of course free to refresh your understanding of the shareholder rights, but we do not believe it is necessary as we are happy to discuss the current and future operations of the firm in a high level of detail, and have always been willing to do the same with any shareholder that has had questions.

Most investors have found our updates in 2021 extremely detailed and transparent , but we are happy to try and address additional questions that you might find useful or outstanding.  The board has tried to make its communications more descriptive, more thorough, but perhaps less frequent. However, we are open to suggestions on what may be improved. It is worth noting that our attorneys, when reviewing, in particular, consider our most recent letter to be vastly more detailed and forthcoming than a lot of other companies they represent.

The board's interests are extremely well aligned with all shareholders, and we are well aware of our fiduciary responsibilities, having collectively invested personally over $10 million USD in recent years, and devoting substantial resources and time for no compensation in either 2020 nor 2021. We are very ready to hear your thoughts on what aspects of fiduciary responsibility you are concerned about.

To structure the round the board members have engaged with a number of investment banks, and examined many comparable enterprises and their development stage and valuation - the proposed upper valuation of $12 per share or approximately $500 million market cap is appropriate for our stage of development, in fact some might say ambitious for such a stage - we decided a similar reset protection to the round D would be appropriate, hence the floor valuation of $6 per share or approx $250 million - additionally the ability of all current investors to participate in the round ensures no undesired dilution of anyones holdings - we would point out that the $12 represents a doubling of the round D maximum price, and and 800% uplift since round C in 2017.

Please send any/all questions and we can work out together how and when we might best discuss the details.

Thank you,

Tim

=====================================
Tim Throsby

UK mobile/Whatsapp    + 44.7455.020.712
Home email               timthrosby@gmail.com
=====================================

Any tax advice included in this document and its attachments
was not intended or written to be used, and it cannot be used
for the purpose of avoiding penalties under the Internal Revenue Code.

STATEMENT OF CONFIDENTIALITY:
The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If you are not the intended recipient, or the person responsible for delivering the e-mail to the intended recipient, be advised you have received this message in error and that any use, dissemination, forwarding, printing, or copying is strictly prohibited. Please notify Gennari Aronson, LLP immediately at either (781) 719-9900 or at maronson@galawpartners.com, and destroy all copies of this message and any attachments. You will be reimbursed for reasonable costs incurred in notifying us.

4