## UNITED STATES DISTRICT COURT
for the
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **SUZANNE WRIGHT** <br> *Plaintiff* <br><br> v. <br><br> **SILVER CREEK PHARMACEUTICALS, INC., ET AL.** <br> *Defendant* | Civil Action No.:  **1:23−CV−11622−PBS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) −−− or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) −−− you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


**ROBERT M. FARRELL**
*CLERK OF COURT*

 **/s/ − Courtney Horvath**
*Signature of Clerk or Deputy Clerk*


**ISSUED ON 2023−07−18 16:18:20**, Clerk USDC DMA

Civil Action No.: **1:23–CV–11622–PBS**

**PROOF OF SERVICE**

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (name of individual and title, if any) _____

was received by me on (date)_____.

☐ I personally served the summons on the individual at (place)_____

_____on (date)_____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)_____

_____, a person of suitable age and discretion who resides there,

on (date) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual)_____ , who is

designated by law to accept service of process on behalf of (name of organization)_____

_____ on (date) _____; or

☐ I returned the summons unexecuted because_____ ; or

☐ Other (specify) :

My fees are $ _____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

_____            _____
Date                                                                *Server's Signature*

                                                                     _____
                                                                     *Printed name and title*

                                                                     _____
                                                                     *Server's Address*

Additional information regarding attempted service, etc: