From: **Silver Creek** <info@silvercreekpharma.com>
Date: Thu, Feb 10, 2022 at 10:13 AM
Subject: Silver Creek Shareholder Updates
To:

Dear Silver Creek Investor,

The Silver Creek board of directors and management team will host two video calls next Thursday, Feb. 17 as was announced in our year end update. We will also share an information packet for shareholders in the coming days.

We will be updating you all on the development of the company, scientific and medical progress, our financial planning, and our strategy and goals for the company and its assets. The information packet and the video calls will also ensure all investors have the most up to date and comprehensive information when making decisions on participation in the current fund raising round.

While the same information will be provided in both calls, they are offered in two sessions for the convenience of our investors in different time zones. If you are interested in attending, please reply to this email to indicate the call that is most convenient for you. We will be hosting the meeting on Zoom and invitations will be distributed next week.

- Call 1: Thursday, 17 Feb2022,  7 am San Francisco / 10 am Boston / 3 pm London

- Call 2: Thursday, 17 Feb 2022, 4 pm San Francisco / 7 pm Boston / Friday 18Feb2022 8 am Hong Kong

Please submit any specific questions or topics that you would like addressed via email to info@silvercreekpharma.com in advance of the calls. We will do our best to cover them all during the calls.

The information provided during the call and contained in the related information packet is confidential information relating to Silver Creek. By joining either call and/or accessing the information packet, you agree to treat all information received as proprietary and confidential and you will not forward or otherwise share any information received with any third party.

Thank you,

Mark Agne

Jim Marks

Thomas Murtagh

Nick Taylor

Tim Throsby

Case 1:23-cv-11022-PBS   Document 20-6   Filed 10/10/23   Page 2 of 2

The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.