**Shareholder Update**                                    SILVER CREEK ᴿᶜᴬ

                                                                    Exhibit G

Date:        18 – August – 2022
To:          All Silver Creek Shareholders
Update:      The ARPEGGIO Trial & H1 2022 Update

## State of the Firm

We are strongly focused on delivering scp776 to stroke patients. This year marks a key transition from healthy volunteer studies of safety, to injured patient trials of efficacy. This is a big moment for the company and the drug – this is the first time a person in need will receive our medicine. Thank you all for supporting us on this important journey.

With reflection on our entire pre-clinical study package, our team is optimistic that the most profound effects of our medicine will be realized in humans. The two Phase 1 studies delivered a framework that allows safe administration of this medicine at hospitals across the US. Our commitment to innovation and safety is manifest in the design of The ARPEGGIO Trial.

We are also pushing the boundaries of Smart Growth Factor™ technology. Our academic and commercial partnerships have borne fruit in the form of new medicines that can localize to specific cell types. At the heart of these efforts is a new molecular scaffold that greatly extends our therapeutic reach.

Our confidence is validated by the simple fact that we have received more capital investment in the first six months of this year than in any prior six-month period of the company — which coincided with one of the most difficult capital markets environments for biotech and healthcare in the life of Silver Creek. Our board has raised or has signed committed sales and purchase agreements for a purpose-driven $15.65 million in the recent convertible note financing.

Thank you to all those that participated for your support.

We are excited, busy, and also aware that many of you are eager for new news and updates. It was six months ago that we shared the extended data pack and completed the multiple zoom calls that so many of you dialed in to. We are confident that this update provides a comprehensive survey of our recent efforts, and the path ahead in 2022 and 2023.

The update is broken out into two parts.

### Part 1: Silver Creek Team Update
   a. *Recent science and technology achievements*
   b. *Phase 2 ARPEGGIO Trial overview*

### Part 2: Silver Creek Board of Directors Update
   a. *Implementation of Carta*
   b. *C-Suite Search*
   c. *Convertible Note Fundraising*

Thank you for your continued support.

**Shareholder Update**

**SILVER CREEK** SFCA

# Part 1: Silver Creek Team Update

### a. Science and Technology Achievements

As alluded to in our year end update of 30Dec2021, we have been researching the potential of scp776 in diverse injury models. The diseases that we have approached (whether heart attack or kidney injury or stroke) can be considered as a sudden and abrupt conversion of a contiguous block of tissue from healthy to injured. Given the fact that scp776 'finds' its way to injured cells, we wanted to study its effect in more diffuse injury models.

Acute radiation sickness (ARS) is a (thankfully) rare but (unfortunately) important condition that is inadequately treated. We studied scp776 in a blinded rodent model of lethal dose radiation and learned that scp776 reduced mortality by 2.5–fold. Under scp776 treatment, we also observed meaningful improvements in overall health and resistance to internal organ damage.

The data generated from this study has helped move Silver Creek towards significant interactions with major government funding and research agencies. Our most recent engagements are with the medical counter measure (MCM) group for chemical warfare. We intend to apply for funding to conduct studies of scp776 in their models. Beyond the US, Professor Hugh Montgomery (our newest board member), in conjunction with deeply connected government and military resources, is leading engagement with relevant UK and European counterparts.

This is a difficult therapeutic space to approach. We sincerely believe that scp776 could be impactful here. However, proper development will require governmental guidance. Our recent conversations indicate that we are well positioned, potentially leading to key opportunities for non-dilutive funding — we will only pursue this research if we secure government funding.

In 2022, Silver Creek has also been creating new molecules: The 2-series of molecules with unique IGF-1 signaling variants, and the 8-series of molecules designed to specifically recognize specialized cell surface markers. The first 8-series molecules have been tested in rodents and the data show preferential accumulation to a specific region of the kidney. We have filed a PCT international patent application covering these molecules, which do not rely on a damaged signal for targeting. We believe that this expansion of our technology validates our modular molecular engineering platform. In the year end update, we will share more detailed information on how the 8-series will be applied to disease models.

### b. Phase 2 Trial – ARPEGGIO

Multi-site Phase 2 studies are a complex enterprise that requires a large team of support staff as well as a number of focused specialists. Like many other biotech companies our size, we have partnered with a "full-service" CRO to assist in the conduct of the trial. We have contracted with Syneos Health, LLC. Syneos is a top tier clinical research organization, with deep experience in neurologic trials. The award was based on their expertise in this therapeutic clinical space, their thoughtful and careful consideration of the study, and their differentiating strategic approach. Additionally, their experience with the intended medical centers that will be involved in this trial resonated with our team. To support these efforts, we have hired full-time personnel and consultants to help oversee and coordinate with Syneos in conducting the ARPEGGIO Trial.

**Shareholder Update**                                                               **SILVER CREEK** SFCA

We have hired a VP of Clinical Development, Brian Byrnes, who has over 20 years of experience conducting clinical trials. We have also hired Terry O'Reilly, MD who was the primary investigator of Phase 1 trials at Celerion, who we had a very positive experience of working with scp776 leading to her interest in joining the team. It is a helpful signal when the Phase 1 PI asks to join the company that designed the drug. In addition, we have brought on an expert Regulatory Consultant who has overseen successful NDAs, a clinical trials support consultant, a statistics consultant, and a clinical development/medical writer consultant to augment our in-house capacity. These internal assets are critical to help manage and drive our work with Syneos.

The ARPEGGIO Trial has two components: a Phase 2A Dose Finding Study, followed by a Phase 2B efficacy assessment. We have planned and budgeted for up to 25 U.S. sites to conduct these trials. Over these summer months we have achieved key milestones to initiate the study start. First and foremost, we gained clear 'study may proceed' clearance from the FDA[1], IRB approval of the ARPEGGIO Trial, and we have released our study drug to start dosing patients.

The initial goal for first site open was June of 2022. We have not hit this milestone for three reasons. First, the number of device trials in the ischemic stroke market has expanded quickly. While ischemic stroke devices are not directly competitive to scp776, they do preclude concurrent clinical trial enrollment. As such, some sites have indicated that they are conducting too many other trials to take on ours. Second, the various radiology techniques used to diagnose and initiate ischemic stroke treatment has increased in its variability across US sites. Thus, we have had to adjust our clinical database and protocol to ensure consistent metrics and conduct across the trial. Third, the lingering effects of COVID-19's effect on healthcare workers and staff has elongated the usual timelines associated with clinical trial conduct.

Currently, we expect to have the first site open and the first patient enrolled in the coming three months. Please anticipate a note to all investors upon successful enrollment of the first patient in the trial. While later than we had hoped, this will be a momentous milestone for the Silver Creek enterprise. We expect the three cohorts of patients in our phase 2A safety study, with increasing dosage and time exposure, to complete in the spring/summer of 2023. The phase 2B efficacy should complete in Q1 2024. The Phase 2B component of the trial is a cohort expansion of the preferred dose from the Phase 2A portion of the study. This trial design enables Silver Creek to pool the data across both Phase 2A and Phase 2B to increase statistical power to assess the potential efficacy of scp776.

We will be engaging deeply and widely with strategic partners and investors leading up to the results of the end of the Phase 2A and start of the 2B studies, through to completion of the efficacy studies. The successful completion of Phase 2B we hope to be a material inflection point for the company.

Discussions and engagements with investors and prospective partners during the phase 2B should provide the board and shareholders with important strategic options in 2024. We look forward to sharing more information with you all as these discussions evolve. A successful phase 2B should substantially de-risk the enterprise and the drug for a potential partner or investor, and be reflected in the valuation of any type of transaction.

---

[1] Note that in the shareholder update of DEC2021 we referenced the initial approval from the FDA, this is the formal approval.

**Shareholder Update**                                        SILVER CREEK

## Part 2: Silver Creek Board of Directors Update

### a. Carta

A long-time goal has been achieved with the successful migration of stock accounting and record keeping from internal excel based bookkeeping to a modern platform with highly flexible features. The task of taking all the documentation across two law firms and reconciling ten years of history was a complicated and demanding exercise. Given the high level of interest in our just completed fund-raising round, we are pleased to fully be integrated into the Carta platform. It will be an important part of the ongoing process to upgrade our infrastructure and capabilities. This continues our work to move the enterprise towards the types of processes and professional infrastructure consistent with a billion-dollar-plus enterprise value.

### b. C-suite and CEO search process

Throughout the year the board has been pursuing C-suite candidates. Finding the right candidate with the right skill sets, and appropriate experience is always a challenge, and the environment of high demand for people continues to make this a far from trivial task.

We are working with two search firms and using our wider collective networks. We have two live candidates that are in diligence as this note goes out. Given the history of five CEOs over our different stages of development of Silver Creek, and the crucial role the next CEO will play in successful delivery of strategic partnerships and investment paths, the benchmark we have set for finding the right candidate is high, and we aim to deliver the right person for the organisation without compromise of talent or character.

### c. Fundraising

We closed our convertible note financing on 30 June 2022. We are pleased that we have raised or have signed committed sales and purchase agreements for $15.65 million in this round, despite very difficult global market conditions. We have 19 new investors, who accounted for 57% of the round, while existing investors accounted for 22%, and board members continued to commit to the company, accounting for 21%.

As investors will recall from the last update, we designed the note to achieve the following:

- *Significantly increase the company's runaway, whilst allowing for a broadening out of pre-clinical studies for our pipeline compounds.*
- *To peg the conversion price to an assessed valuation of public companies who were starting phase 2s on an EV/estimated peak sales basis (evaluated Q4 2021), but to give new investors protection should any company transaction be below that price, but only to the price of the last round (i.e., a minimum share price of $6 and a maximum of $12 per share).*

Investors will be aware how challenging a period this year has been for biotech valuations and fund raising. Simply put, too much low quality capital was raised by too many early stage companies at too high valuations in the last few years, the impacts of the losses from these highs will be felt for a long time. When we look at EV/estimate peak sales ratios more recently, there are many listed biotechs trading at negative EVs (i.e., at less than the cash on the balance sheet).

**Shareholder Update**                                                    SILVER CREEK SFCA

The ability to continue to raise funds feels like a considerable success and a statement of strong conviction in our science and our team. Thank you again to all who contributed to the ongoing development of our science.

Through the process we have started conversations with more traditional biotech funds, and possible partners. We anticipate these to be longer conversations, and these are our first moves in socializing the company to the broader biotech world. These discussions will intensify as we move past Phase 2A and into the efficacy phase of the study.

Sincerely,

The Silver Creek Board of Directors

| Mark Agne | Jim Marks | Hugh Montgomery | Tom Murtagh | Nick Taylor | Tim Throsby |